IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. HARRISON,

        Plaintiff,        1: 08 CV 1065 WMW PC

   vs.                    ORDER RE MOTION  (DOC 8)

D. ADAMS, et al.,

        Defendants.

     Plaintiff has filed a motion for leave to file an amended complaint.  There has been no service of process, and no defendant has entered an appearance.  Plaintiff's motion should therefore be granted pursuant to Federal Rule of Civil Procedure 15(a).

     Plaintiff is advised that that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete.  Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading.  This is because, as a  general rule, an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

     In accordance with the above, IT IS HEREBY ORDERED that Plaintiff's motion

1

1  for leave to file an amended complaint is granted.  Plaintiff is granted thirty days from the date of
2  service of this order to file a first amended complaint that complies with the requirements of the
3  Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the
4  amended complaint must bear the docket number assigned this case and must be labeled "First
5  Amended Complaint."

10  IT IS SO ORDERED.

11  **Dated:   September 11, 2008**          /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE