IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. HARRISON,

    Plaintiff,            1: 08 CV 1065 AWI WMW PC

   vs.                      ORDER RE MOTIONS (DOCS 17, 18, 19, 20)

D. ADAMS, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on July 24, 2008. On September 24, 2008, Plaintiff filed a first amended complaint. Plaintiff has filed a motion for the court to screen the complaint, a motion titled as a "motion to add into the record a first amended cover sheet," and a motion for leave to file a second supplemental complaint.

    The court will construe Plaintiff's motions as a single motion for leave to file a second amended complaint, and grant the motion. Plaintiff is advise that he is granted leave to file an amended complaint, not a supplemental complaint. Plaintiff must set forth all of his claims and factual allegations in the amended complaint. Once the second amended complaint is filed, the court will not look to the original complaint or first amended complaint.

    Local Rule 15-220 requires that an amended complaint be complete in itself without

reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint is granted. Plaintiff is granted thirty days from the date of service of this order to file a second amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint." Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   March 13, 2009**              /s/ William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE