IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON, | 1:08-cv-001065-WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO AMEND COMPLAINT |
| vs. | |
| D. ADAMS, et al., | (Motion# 25) |
| Defendants. | 20-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 19, 2009 , plaintiff filed a motion to extend time to amend the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted twenty (20) days from the date of service of this order in which to amend the complaint .

IT IS SO ORDERED.

**Dated: March 23, 2009** /s/ William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE