# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON, | CASE NO. 1:08-cv-1065-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION TO TRANSFER CASE TO NORTHERN DISTRICT OF CALIFORNIA |
| v. | |
| ADAMS, et al., | (ECF No. 55) |
| Defendants. | |

Plaintiff Michael D. Harrison ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion to Transfer this case to the Northern District of California or any other district that will screen and hear his case expeditiously.  The Court is sympathetic to Plaintiff's concern about delay, but it can only transfer a case to a district in which venue would have been proper if the case had been filed there originally.  See 28 U.S.C. § 1404. Plaintiff is housed at a correctional facility in the Eastern District and the actions complained of in Plaintiff's complaint occurred at that facility.  Venue is therefore appropriate only in this district.  See 28 U.S.C. § 1391.

Accordingly, Plaintiff's Motion to Transfer is DENIED.

IT IS SO ORDERED.

Dated: December 5, 2010         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE