UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____ / | 1:08-cv-1065-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF<br><br>(ECF No. 142) |

　　Plaintiff Michael Harrison ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On September 27, 2012, the Magistrate Judge filed a Findings and Recommendations recommending that Plaintiff's motions for injunctive relief be denied.  (ECF No. 142.)  Plaintiff has failed to file objections to the Findings and Recommendations.

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　Accordingly, IT IS HEREBY ORDERED that:

　　1.　　The Findings and Recommendations, filed September 27, 2012, are adopted in full; and

　　2.　　Plaintiff's motions for injunctive relief (ECF Nos. 112 & 131) are DENIED.

IT IS SO ORDERED.

Dated:　November 9, 2012　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE