# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON, | Case No.  1:08-cv-01065-AWI-MJS |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS FOR SCREENING OF HIS COMPLAINT AS MOOT |
| v. | |
| D. ADAMS, et al., | ECF Nos. 150 & 151 |
| Defendants. | |

Plaintiff Michael D. Harrison ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On December 21, 2012 and March 1, 2013 Plaintiff filed motions requesting that the Court screen his Eighth Amended Complaint.  (ECF Nos. 150 & 151.)  The Court has  screened Plaintiff's Eighth Amended Complaint.  (ECF No. 154.)

Accordingly, Plaintiff's motion is DENIED as moot.


IT IS SO ORDERED.

Dated:   August 2, 2013          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE