UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. MOORE, et al.,<br><br>　　　　　Defendants. | Case No.  1:08-cv-1065-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS DEFENDANT SW CAMPOS FOR INSUFFICIENT INFORMATION TO EFFECT SERVICE OF PROCESS (ECF No. 236)** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 28 U.S.C. § 1983.  The action proceeds on Plaintiff's Eighth Amendment claims against numerous defendants.  (ECF No. 160.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On May 13, 2015, the Magistrate Judge issued Findings and Recommendations

to dismiss Defendant SW Campos because efforts to serve him had proven unsuccessful. (ECF No. 236.) Defendants were not able to contact Campos, who has left employment with CDCR, and Plaintiff had no information on his whereabouts. (Id.) Plaintiff filed objections to the Findings and Recommendations (ECF No. 242) indicating he still "has no new information" regarding Campos' contact information, acknowledging that Campos "can't be located," yet requesting an "open ended extension of service until [sic] we do find [him]." (ECF No. 242.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and the proper analysis. Plaintiff has had nearly two years to serve Campos (ECF No. 162), has no information about Campos' whereabouts, and proposes no reasonable means of discovering them. Therefore, the Court sees no benefit to extending indefinitely the time to serve Campos.

Accordingly, it is HEREBY ORDERED that:

1) The Court adopts the findings and recommendations (ECF No. 236), filed May 13, 2015, in full; and

2) Defendant SW Campos is DISMISSED without prejudice for insufficient service of process.

IT IS SO ORDERED.

Dated:   June 10, 2015                              _____
                                                    SENIOR DISTRICT JUDGE

2