UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. MOORE, et al.,<br><br>　　　　Defendants. | Case No.  1:08-cv-1065-AWI-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR A SCHEDULING ORDER AND FOR RULING ON MOTION FOR SUMMARRY JUDGMENT(ECF No. 242)** |

　　　Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 28 U.S.C. § 1983.  The action proceeds on Plaintiff's Eighth Amendment claims against numerous defendants.  (ECF No. 160.)

　　　On June 1, 2015, Plaintiff requested the Court to rule on Defendants' motion for summary judgment and to set a new scheduling order to "allow this matter to proceed." (ECF No. 242.)

　　　The Magistrate Judge issued findings and recommendations on the motion for summary judgment on June 17, 2015 (ECF No. 247), and the District Judge will review

them in due course. It is not appropriate to set the case for trial until this motion has been resolved.

Accordingly, Plaintiff's motion for a scheduling order and for rulling on motion for summary judgment (ECF No. 242) is DENIED.

IT IS SO ORDERED.

Dated:   June 19, 2015                           /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE

2