1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON,<br><br>        Plaintiff,<br><br>v.<br><br>T. MOORE, et al.,<br><br>        Defendants. | Case No. 1:08-cv-01065-AWI-MJS (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR FIVE DAY EXTENSION OF TIME TO FILE PRETRIAL STATEMENT**<br><br>**(ECF No. 306)** |

    Plaintiff is a prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Jones, Moore, Burns, Dava, Kim, Edmonds, Galvan, C. Gonzalez, M. Gonzalez, Johnson, O'Neal, Parsons, Raygoza, Roth, Tumayo, Urbano, Vicente, Zakari, Bastianon, Campos, Casio, Cisneros, and Coronado for violating Plaintiff's rights under the Eighth Amendment. (ECF No. 160.)

    On March 22, 2016, the Court issued a Second Scheduling Order setting this case for a telephonic pretrial confirmation hearing on August 3, 2016 and setting a jury trial for October 12, 2016. (ECF No. 292.) Under this order, Plaintiff was required to submit his pretrial statement to the Court on or before June 8, 2016, and Defendants were required to submit their pretrial statement on or before July 6, 2016. Id. Plaintiff's pretrial statement was filed on April 18, 2016. (ECF No. 299.)

1  On April 7, 2016, the Court issued an order setting a mandatory settlement conference for July 6, 2016.  (ECF No. 297.)  On July 5, 2016, Defendants filed the instant motion requesting a five day extension of time to file their pretrial statement, citing their belief that the July 6, 2016 settlement conference would potentially resolve this case or, at a minimum, help narrow the scope of this litigation. (ECF No. 306.)

Good cause having been shown, IT IS HEREBY ORDERED Defendants' motion for a five day extension of time is GRANTED.  Defendants will be required to submit their pretrial statement to the Court within five (5) days of the date of this order.

IT IS SO ORDERED:

IT IS SO ORDERED.

Dated:   July 6, 2016              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE