# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. MOORE, et al.,<br><br>　　　　Defendants. | Case No.: 1:08-cv-01065 AWI MJS<br><br>ORDER AFTER SETTLEMENT CONFERENCE |

On July 6, 2016, the Court held a settlement conference at which the parties were able to come to a compromise of the matter. (Doc. 308) The key terms of the settlement were put on the record and the parties executed the settlement documents at the conclusion of the conference.[1] Mr. Harrison agreed, and counsel concurred, that the stipulated dismissal could be filed before the defendants make the payment—with the Court retaining jurisdiction to enforce the settlement agreement. Thus, pursuant to Local Rule 160, the Court **ORDERS**:

　　　　1.　　Defendants' counsel **SHALL** file the stipulated request for dismissal no later than **July 8, 2016**. The Court retains jurisdiction to enforce the settlement agreement;

///

///

---

[1] Likewise, counsel for the CDCR agreed to assist Mr. Harrison is obtaining copies of the settlement agreement from his case in the Southern District and/or being provided a copy of the settlement agreement for his signature by alerting the assigned attorney for the defendants in that action of the request. Mr. Harrison reported that he sent the signed document to his pro bono counsel, Leah Strickland, several weeks ago but believes that it has not been forwarded by "Litigation" at his housing location due to the fact that Mr. Harrison did not have a stamped envelope in which to place the documents.

2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated: __**July 7, 2016**__                              __/s/ Jennifer L. Thurston__
                                                                    UNITED STATES MAGISTRATE JUDGE