UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. HARRISON,

Plaintiff,

v.

T. MOORE, et al.,

Defendants.

No.  1:08-cv-01065-AWI-MJS (PC)

**ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITH PREJUDICE**

**(ECF No. 310)**

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action brought pursuant to 42 U.S.C. § 1983. On July 8, 2016, the parties filed, pursuant to Federal Rule of Civil Procedure 41(a)(1), a stipulation for voluntary dismissal of the action with prejudice, each party to bear their own costs, fees, or expenses. Pursuant to Rule 41(a)(1)(A)(ii), this case has automatically terminated.

Accordingly, in accord with Rule 41(a)(1), the Clerk is directed to CLOSE this case pursuant to the parties' stipulation for dismissal with prejudice.

IT IS SO ORDERED.

Dated:   July 22, 2016                          _____

SENIOR  DISTRICT  JUDGE

1